1 | SEE COUNSEL LIST ON NEXT PAGE
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE RUBIO-DELGADO, individually, on behalf of other similarly situated individuals, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>AEROTEK, INC.,<br><br>Defendant. | Case No. 13-CV-3105-SC<br><br>**JOINT STATUS REPORT AND STIPULATION REGARDING DISCOVERY** |

**JOINT STATUS REPORT/STIPULATION AND ORDER**

Case No. 13-cv-3105-SC

| | | |
|---|---|---|
| 1 | ROD M. FLIEGEL, Bar No. 168289<br>rfliegel@littler.com | THE LAW OFFICES OF DEVIN H. FOK<br>Devin H. Fok (SBN #256599) |
| 2 | ALISON S. HIGHTOWER, Bar No. 112429<br>ahightower@littler.com | devin@devinfoklaw.com<br>P.O. Box 7165 |
| 3 | ROXANNA IRAN, Bar No. 273625<br>riran@littler.com | Alhambra, CA 91802-7165<br>Phone:         (310) 430-9933 |
| 4 | LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor | Fax:             (323) 563-3445 |
| 5 | San Francisco, California  94108.2693<br>Telephone:     415.433.1940 | A NEW WAY OF LIFE REENTRY<br>PROJECT |
| 6 | Facsimile:     415.399.8490 | Ely Grinvald (SBN #285475)<br>egrinvald@anewwayoflife.org |
| 7 | Attorneys for Defendant<br>AEROTEK, INC. | 958 E 108th Street<br>Los Angeles, CA 90059 |
| 8 | | Phone:         (323) 563-3575<br>Fax:             (323) 563-3445 |
| 9 | | |
| 10 | | NICHOLS KASTER, PLLP<br>Rebekah L. Bailey, CA Bar No. 258551 |
| 11 | | bailey@nka.com<br>E. Michelle Drake, MN Bar No. 0387366* |
| 12 | | drake@nka.com<br>Anna P. Prakash, MN Bar No. 0351362* |
| 13 | | aprakash@nka.com<br>4600 IDS Center |
| 14 | | 80 South 8th Street<br>Minneapolis, MN 55402 |
| 15 | | Phone:         (612) 256-3200<br>Fax:             (612) 338-4878 |
| 16 | | *admitted *pro hac vice* |
| 17 | | Attorneys for Individual and Representative<br>Plaintiff |
| 18 | | JOSE RUBIO-DELGADO |

**JOINT STATUS REPORT/STIPULATION AND ORDER**                                    Case No. 13-cv-3105-SC

Plaintiff JOSE RUBIO-DELGADO and Defendant AEROTEK, INC. (collectively, the "Parties"), by and through their respective attorneys of record, hereby submit the following status report and pre-mediation discovery plan.

1. WHEREAS, the Parties attended mediation in this case on June 18, 2014, but did not reach a settlement.

2. WHEREAS, the Parties have agreed to continue settlement discussions and have scheduled a mediation for September 16, 2014.

3. WHEREAS, pursuant to this Court's Order of July 25, 2014, the Parties are to submit a Joint Status Report and Discovery Plan today.

4. WHEREAS, the Parties have held additional "meet and confer" discussions, resulting in an agreement to engage in certain formal discovery prior to their September 16 mediation that both sides believe will enhance the likelihood of a settlement being reached, without expending resources on discovery that can be deferred until after the mediation.

5. WHEREAS, the Parties have agreed that, prior to the September 16 mediation, Plaintiff will respond to certain document requests and Defendant will respond to certain requests for admission, interrogatories, and document requests.

6. WHEREAS, the Parties have agreed that the responses to the agreed upon discovery referenced in Paragraph 5 above shall be due on August 15, 2014, and that responses to all other written discovery that has been served in this case shall not be due until 30 days following the September 16 mediation, absent further agreement or court order. All objections and rights with regard to such discovery are preserved.

7. WHEREAS, the Parties have agreed that, within seven (7) days of the September 16 mediation, they will provide the Court with either notice that they have settled or an updated Joint Status Report and Discovery Plan for the remainder of the case.

WHEREFORE, the Parties jointly request that the instant Stipulation be granted, that discovery continue as outlined above, and that the Court set September 23, 2014 as the deadline for

///

**JOINT STATUS REPORT/STIPULATION AND ORDER**     1.     Case No. 13-cv-3105-SC

the parties to either inform the Court that they have settled or file an updated Joint Status Report and Discovery Plan for the remainder of the case.

**IT IS SO STIPULATED:**

Dated: August 1, 2014

/s/ *E. Michelle Drake*
E. Michelle Drake
ANNA P. PRAKASH
NICHOLS KASTER, PLLP
Attorneys for Plaintiff
JOSE RUBIO-DELGADO

Dated: August 1, 2014

/s/ *Rod M. Fliegel*
ROD M. FLIEGEL
ALISON S. HIGHTOWER
ROXANNA IRAN
LITTLER MENDELSON, P.C.
Attorneys for Defendant
AEROTEK, INC.

**[PROPOSED] ORDER**

The Court grants the parties' Joint Status Report and Stipulation Regarding Discovery, and orders that, on September 23, 2014, the Parties either file a notice informing the Court that they have settled or file an updated Joint Status Report and Discovery Plan.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___08/04___, 2014

THE HONORABLE SAMUEL CONTI
JUDGE, UNITED STATES
DISTRICT COURT

Judge Samuel Conti

Firmwide:128241654.1 071691.1029

**JOINT STATUS REPORT/STIPULATION AND ORDER**     2.     Case No. 13-cv-3105-SC