1  SEE COUNSEL LIST ON NEXT PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE RUBIO-DELGADO, individually, on behalf of other similarly situated individuals, and on behalf of the general public,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AEROTEK, INC.,<br><br>　　　　　Defendant. | Case No. 13-CV-3105-SC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　　Aug. 28, 2015<br>Time:　　　　10:00 a.m.<br>Judge:　　　Hon. Samuel Conti<br>Courtroom:　1 (17th Floor) |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

Case No. 13-cv-3105-SC

| | |
|---|---|
| THE LAW OFFICES OF DEVIN H. FOK<br>Devin H. Fok (SBN #256599)<br>devin@devinfoklaw.com<br>P.O. Box 7165<br>Alhambra, CA 91802-7165<br>Phone: (310) 430-9933<br>Fax: (323) 563-3445<br><br>NICHOLS KASTER, PLLP<br>Rebekah L. Bailey, CA Bar No. 258551<br>bailey@nka.com<br>E. Michelle Drake, MN Bar No. 0387366*<br>drake@nka.com<br>Anna P. Prakash, MN Bar No. 0351362*<br>aprakash@nka.com<br>Joseph C. Hashmall, MN Bar No. 0392610*<br>jhashmall@nka.com<br>4600 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Phone: (612) 256-3200<br>Fax: (612) 338-4878<br>*admitted *pro hac vice*<br><br>Attorneys for Individual and Representative Plaintiff<br>JOSE RUBIO-DELGADO | ROD M. FLIEGEL, Bar No. 168289<br>rfliegel@littler.com<br>ALISON S. HIGHTOWER, Bar No. 112429<br>ahightower@littler.com<br>LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor<br>San Francisco, California 94108.2693<br>Telephone: 415.433.1940<br>Facsimile: 415.399.8490<br><br>Attorneys for Defendant<br>AEROTEK, INC. |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

Case No. 13-cv-3105-SC

1     Pursuant to Local Rule 7-12, Plaintiff Jose Rubio-Delgado ("Plaintiff") and Defendant Aerotek, Inc. ("Defendant") (collectively the "parties"), by and through their counsel, hereby stipulate and agree as follows:

    WHEREAS on July 24, 2015, this Court set a case management conference for August 28, 2015, and August 21, 2015 as a deadline for filing an updated case management conference statement;

    WHEREAS lead counsel for Defendant has vacation scheduled from August 20, 2015 through August 30, 2015;

    WHEREFORE, the parties respectfully request that the Court continue the case management conference to September 11, 2015 and the deadline to submit a case management conference statement to September 4, 2015.

**IT IS SO STIPULATED:**

Dated: July 28, 2015                             /s/ Michelle Drake
                                                          Michelle Drake
                                                          NICHOLS KASTER, PLLP
                                                          Attorneys for Individual and Representative
                                                          Plaintiff JOSE RUBIO-DELGADO

Dated: July 28, 2015                             /s/ Rod M. Fliegel*
                                                          Rod M. Fliegel
                                                          LITTLER MENDELSON, P.C.
                                                          Attorneys for Defendant AEROTEK, INC.

*I, Rod M. Fliegel, am the ECF User whose ID and password are being used to file the foregoing Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Plaintiff's counsel, Michelle Drake, has concurred in this filing.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE      1.      Case No. 13-cv-3105-SC

1  **ORDER**

2  **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING,** the Case

3  Management Conference previously scheduled for August 28, 2015 is hereby continued to

4  September 11, 2015 at 10:00 a.m. in Department 1 of this Court.  The parties are to file a Case

5  Management Statement by September 4, 2015.

7  Dated: _____07/28_____, 2015

8  THE H[ ] [ ]
   JUD[ ]E, [ ]RICT



11  Firmwide:134956252.1 071691.1029

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE                  2.                               Case No. 13-cv-3105-SC