1   SEE COUNSEL LIST ON NEXT PAGE

2

3

4               UNITED STATES DISTRICT COURT

5            NORTHERN DISTRICT OF CALIFORNIA

6                SAN FRANCISCO DIVISION

7

| | |
|---|---|
| JOSE RUBIO-DELGADO, individually, on behalf of other similarly situated individuals, and on behalf of the general public,<br><br>         Plaintiff,<br><br>     v.<br><br>AEROTEK, INC.,<br><br>         Defendant. | Case No. 13-CV-3105-SC<br><br>MODIFIED<br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Date:**       Sept. 11, 2015<br>**Time:**       10:00 a.m.<br>**Judge:**     Hon. Samuel Conti<br>**Courtroom:**  1 (17th Floor) |

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE                      Case No. 13-cv-3105-SC

THE LAW OFFICES OF DEVIN H. FOK
Devin H. Fok (SBN #256599)
devin@devinfoklaw.com
P.O. Box 7165
Alhambra, CA 91802-7165
Phone:  (310) 430-9933
Fax:     (323) 563-3445

NICHOLS KASTER, PLLP
Rebekah L. Bailey, CA Bar No. 258551
bailey@nka.com
E. Michelle Drake, MN Bar No. 0387366*
drake@nka.com
Anna P. Prakash, MN Bar No. 0351362*
aprakash@nka.com
Joseph C. Hashmall, MN Bar No. 0392610*
jhashmall@nka.com
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 256-3200
Fax:     (612) 338-4878
*admitted *pro hac vice*

Attorneys for Individual and Representative Plaintiff
JOSE RUBIO-DELGADO

ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ALISON S. HIGHTOWER, Bar No. 112429
ahightower@littler.com
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490

Attorneys for Defendant
AEROTEK, INC.

JOINT STIPULATION TO CONTINUE CASE
MANAGEMENT CONFERENCE

Case No. 13-cv-3105-SC

Pursuant to Local Rule 7-12, Plaintiff Jose Rubio-Delgado ("Plaintiff") and Defendant Aerotek, Inc. ("Defendant") (collectively the "parties"), by and through their counsel, hereby stipulate and agree as follows:

WHEREAS on July 27, 2015, this Court set a case management conference for August 28, 2015, and August 21, 2015 as a deadline for filing an updated case management conference statement (Doc. #59);

WHEREAS the conference was continued to September 11, 2015 and the deadline for filing an updated case management conference statement continued to September 4, 2015, to accommodate the planned vacation of lead counsel for Defendant (Doc. #61);

WHEREAS Defendant filed on August 21, 2015 a motion to stay this entire action, set to be heard on September 25, 2015 (Doc. #62);

WHEREAS if the Court grants Defendant's motion to stay in whole or in part, it would affect the case management of this action and thus holding a case management conference after the pending motion would promote the efficiencies of the parties and potentially the Court;

WHEREFORE, the parties respectfully request that the Court continue the case management conference to the same day as the hearing on the pending motion to stay (September 25, 2015) and continue the deadline to submit a case management conference statement to September 18, 2015.

**IT IS SO STIPULATED:**

Dated: August 25, 2015

/s/ Anna P. Prakash
Anna P. Prakash
NICHOLS KASTER, PLLP
Attorneys for Individual and Representative
Plaintiff JOSE RUBIO-DELGADO

Dated: August 25, 2015

/s/ Alison S. Hightower*
Alison S. Hightower
LITTLER MENDELSON, P.C.
Attorneys for Defendant AEROTEK, INC.

*I, Alison S. Hightower, am the ECF User whose ID and password are being used to file the foregoing Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Plaintiff's counsel, Anna P. Prakash, has concurred in this filing.

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP/ORDERTO CONTINUE CMC
MANAGEMENT CONFERENCE

1.

Case No. 13-cv-3105-SC

1

**ORDER**

2        **PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING,** the Case

3    Management Conference previously scheduled for September 11, 2015 is hereby continued to

       October 23, 2015
4    S̶e̶p̶t̶e̶m̶b̶e̶r̶ ̶2̶5̶,̶ ̶2̶0̶1̶5̶ at 10:00 a.m. in Department 1 of this Court.  The parties are to file a Case

                                    October 16, 2015
5    Management Statement by S̶e̶p̶t̶e̶m̶b̶e̶r̶ ̶1̶8̶,̶ ̶2̶0̶1̶5̶.

6

7

8    Dated: _____08/26_____, 2015                    _____

9                                                    THE HONORABLE SAMUEL CONTI
                                                     JUDGE, USDC, NORTHERN DISTRICT
10

11

12   Firmwide:135532510.1 071691.1029

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP/ORDER TO CONTINUE CMC CASE              2.                    Case No. 13-cv-3105-SC
MANAGEMENT CONFERENCE