## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**EBONY MOORE, individually and**
**on behalf of all others similarly situated,**

        **Plaintiffs,**

**vs.**
                                     **Case No.: 2:15-cv-2701**
                                     **JUDGE GEORGE C. SMITH**

**AEROTEK, INC.,**
                                     **Magistrate Judge Vascura**

        **Defendant.**

**AND**

**JOSE RUBIO-DELGADO, individually and**
**on behalf of all others similarly situated,**

        **Plaintiffs,**

                                     **Case No.: 2:16-cv-1066**
**vs.**
                                     **JUDGE GEORGE C. SMITH**
                                     **Magistrate Judge Vascura**

**AEROTEK, INC.,**

        **Defendant.**

## ORDER

On June 30, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending Plaintiffs' unopposed Motion for Final Approval of Class Action Settlement be granted (Doc. 33 in Case No. 2:15-cv-2701 and Doc. 114 in Case No. 2:16-cv-1066).  It was also recommended that Plaintiffs' Motion for Attorneys' Fees, Costs, and Class Representative  Service Awards be granted (Doc. 30 in Case No. 2:15-cv-2701 and Doc. 104 in Case No. 2:16-cv-1066).

The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The Court adopts the recommendation of the Magistrate Judge for approval of the settlement amount of $15,000,000, and of Class Counsel's application for Attorneys' fees and costs in the amount of $5,069,964.27, and for Class Representative Awards of $5,000 each to Plaintiffs Moore and Rubio-Delgado and $3,000 each to Plaintiffs Hubbard and Burgess.  Further, an amount not to exceed $856,849.87 is authorized to cover the Settlement Administrator's fees and costs.  The amounts are to be deducted from the settlement funds as set forth in detail in the Settlement Agreement.

The Clerk shall remove Documents 30, 33, and 39 in Case No. 2:15-cv-2701 and Documents 104, 114, and 120 in Case No. 2:16-cv-1066 from the Court's pending motions list. The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED**.

/s/ *George C. Smith*_____
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**